David A. Stickelber, Appellant, v. Lyric Opera of Chicago, formerly Opera Theatre Association, Appellee.

Gen. No. 47,138. 

First District, First Division.

June 19, 1957.

Released for publication October 4, 1957.

Benedek & Benedek, for appellant; Lee A. Freeman, for appellee. Opinion by PRESIDING JUSTICE ROBSON. **Not to be published in full.**